**Cascadia Disability Law**
Aviva G. Brown
Attorney for Plaintiff
OSB #925740
PO Box 12028
Portland, OR 97212
503-891-8376
Aviva@CascadiaDisabilityLaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CHARLES CRAIG REESE**, | **Case No.** 3:14-cv-01394-SB |
| Plaintiff | |
| v. | ORDER (EAJA FEES) |
| **COMMISSIONER of Social Security**, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $8,764.43 is awarded to Plaintiff. It is ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent on verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program discussed in <u>Astrue v Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check for the fee shall be made payable to Plaintiff's attorney, Aviva G. Brown, and mailed to Plaintiff's attorney's mailing address PO Box 12028, Portland OR 97212. If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt

1     ORDER FOR EAJA FEES

shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

DATED this 14th day of December, 2015

The Hon. ~~Michael W. Mosman~~ Hacic F. Becnerma
United States District Court

Submitted by:

Aviva G. Brown, OSB No. 925740
503-891-8376, Attorney for Plaintiff